UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON MEDDAUGH,

    Plaintiff,

v.

                        Case No. 1:23-cv-1000

ZOO MED LABORATORIES INC.,

                        HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on September 20, 2023. Defendant filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 9, 2024, recommending that this Court grant the motion and enter judgment in favor of Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). The Court rejects Plaintiff's notice of voluntary dismissal (ECF No. 14) because it does not comply with Federal Rule of Civil Procedure 41(a). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 8) is GRANTED.

    **IT IS FURTHER ORDERED** that for the same reasons the Court concludes Plaintiff's claims are properly dismissed, the court also concludes that any issue Plaintiff might raise on

appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal would not be taken in good faith.

    A Judgment will be entered consistent with this Order.

Dated:  May 6, 2024                                                 /s/  Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge