UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON MEDDAUGH,

    Plaintiff,

v.

                                                    Case No. 1:23-cv-1000

ZOO MED LABORATORIES INC.,            HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: May 6, 2024                                                              /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           United States District Judge